UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-8398-DLB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

DANIEL FERNANDES ROJO FILHO
        **Defendant.**
_____/

FILED by _____ D.C.
JUL 2 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## WARRANT OF REMOVAL

A(n) __X__ Complaint
_____ Indictment
_____ Information
_____ Probation Violation Warrant
_____ Supervised Release Violation Warrant
_____ Bench Warrant

having been filed in the _____ District of __MASSACHUSETTS__, charging the above named defendant with __18:1343__, and the defendant having

_____ surrendered
__X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__X__ waived further hearing
_____ been given a hearing in accordance with

**Fed.R.Crim.P. 40.**

And having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 28TH day of JULY , 2015.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

U.S. Marshal (2 certified copies)