# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:15−mj−08398−DLB−1
### *Internal Use Only*

Case title: USA v. Filho

Other court case number: 15MJ7163JCB District of Massachusetts

Date Filed: 07/22/2015

Date Terminated: 07/28/2015

---

Assigned to: Magistrate Judge Dave Lee Brannon

**Defendant (1)**

| | | |
|---|---|---|
| **Daniel Fernandes Rojo Filho** | represented by | **David Adrian Howard** |
| *TERMINATED: 07/28/2015* | | David A Howard PA |
| *also known as* | | 10800 Biscayne Boulevard |
| Daniel Fernandes Filho | | Suite 560 |
| *TERMINATED: 07/28/2015* | | Miami, FL 33161 |
| *also known as* | | 786.360.6056 |
| Daniel Fernandes | | Fax: 305.536.2170 |
| *TERMINATED: 07/28/2015* | | Email: david@davidhowardlaw.com |
| *also known as* | | *ATTORNEY TO BE NOTICED* |
| Daniel Rojo | | *Designation: Temporary* |
| *TERMINATED: 07/28/2015* | | |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343.F | |

---

**Plaintiff**

**USA**                          represented by   **John C. McMillan**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561−820−8711
Fax: 820−8777
Email: john.mcmillan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/21/2015 | | | Arrest of Daniel Fernandes Rojo Filho (kza) (Entered: 07/24/2015) |
| 07/22/2015 | 1 | 4 | Magistrate Removal of Complaint and Arrest Warrant from District of Massachusetts. Case number in the other District 15MJ7163JCB as to Daniel Fernandes Rojo Filho (1). (sa) (Entered: 07/22/2015) |
| 07/22/2015 | 2 | 15 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Dave Lee Brannon: AUSA−John McMillan present. Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Daniel Fernandes Rojo Filho held on 7/22/2015. Date of Arrest or Surrender: 7/22/15. Defendant sworn and advised or rights. Defendant states he can afford to retain counsel and speaks fluent English. No Portuguese interpreter required. (Digital 10:55:51) (sa) (Entered: 07/22/2015) |
| 07/22/2015 | 3 | 16 | Order on Initial Appearance as to Daniel Fernandes Rojo Filho for proceeding held on 7/22/2015. ( Identity Hearing set for 7/24/2015 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) Detention Hearing and Report Re: Counsel Hearing set for 7/24/2015 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Signed by Magistrate Judge Dave Lee Brannon on 7/22/2015. (sa) (Entered: 07/22/2015) |
| 07/24/2015 | 4 | 18 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Dave Lee Brannon: AUSA−John McMillan present. **Report Re Counsel** Hearing as to Daniel Fernandes Rojo Filho held on 7/24/2015. Defendant states he has counsel−Patricia Casals. Government states Attorney Patricia Cavell is in Canada and will not represent Defendant. Court allows Defendant more time to retain counsel. ( Detention Hearing, Identity Hearing and Report Re: Counsel Hearing reset for 7/28/2015 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) (Digital 10:10:32/10:40:34) (sa) (Entered: 07/24/2015) |
| 07/24/2015 | 5 | 19 | Report Commencing Criminal Action as to Daniel Fernandes Rojo Filho − YOB: **/**/1967 Prisoner #: 08217−104 (kza) (Entered: 07/24/2015) |
| 07/28/2015 | 6 | 20 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David Adrian Howard appearing for Daniel Fernandes Rojo Filho (kza) (Entered: 07/28/2015) |
| 07/28/2015 | 7 | 21 | Paperless Minute Entry for proceedings held before Magistrate Judge William Matthewman: Status Re: Counsel and Re: Identity Hearing as to Daniel Fernandes Rojo Filho held on 7/28/2015. AUSA John McMillan present. |

| | | | David A. Howard present for defendant. Notice of temporary appearance was filed. Defendant waives the rule 5 and 5.1 hearings, form executed. Defendant requests a detention hearing in Massachusetts. Warrant of Removal signed. (Digital 10:15:42/10:37:36) (kza) (Entered: 07/28/2015) |
| 07/28/2015 | 8 | 22 | WAIVER of Rule 5 and 5.1 Hearings by Daniel Fernandes Rojo Filho (kza) (Entered: 07/28/2015) |
| 07/28/2015 | 9 | 23 | WARRANT OF REMOVAL ISSUED to District of Massachusetts as to Daniel Fernandes Rojo Filho. Closing Case for Defendant. Signed by Magistrate Judge William Matthewman on 7/28/2015. (kza) <br><br> **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69.** (Entered: 07/28/2015) |

AO 91 (Rev. 11/11)  Criminal Complaint

FILED by ____ D.C.

JUL 22 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# UNITED STATES DISTRICT COURT

## for the

### District of Massachusetts

*Case No. 15-8398-DLB*

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  15 m 5 7163  JCB |
| Daniel Fernandes Rojo Filho, | ) |
| a/k/a Daniel Fernandes Filho, | ) |
| a/k/a Daniel Fernandes, | ) |
| a/k/a Daniel Rojo | ) |
| _____ | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 2014 through the present___ in the county of ___Suffolk and elsewhere___ in the

_____ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit, attached.

☑ Continued on the attached sheet.

_____ SA FBI
*Complainant's signature*

Brian O'Hara, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___June 25, 2015___

_____
*Judge's signature*

City and state: _____Boston, MA_____

Jennifer C. Boal, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF BRIAN O'HARA

I, Brian O'Hara, being duly sworn, hereby depose and state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2010. My responsibilities include the investigation of federal offenses including, but not limited to, wire fraud, mail fraud, securities fraud, and other economic crimes. My education, training, and experience has focused on finance, accounting, business practices, and economics.

2.    I am aware that Title 18 of the United States Code, Section 1343, makes it a crime for anyone who has devised or intended to devise a scheme or artifice to defraud, or obtained money or property by means of false or fraudulent pretenses, representations, or promises to transmit or cause to transmit by means of wire, radio, or television communications in interstate commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice. Having so said, I make this affidavit in support of a criminal complaint charging Daniel Fernandes Rojo Filho, a/k/a Daniel Fernandes Filho, a/k/a Daniel Fernandes, a/k/a Daniel Rojo ("**FILHO**"), age 47, of Orlando, Florida with wire fraud, in violation of Title 18, United States Code, Section 1343.

3.    The facts stated herein are based on my own personal involvement with this investigation, as well as my review of documents and information provided by others assisting in this investigation and by witnesses. In submitting this affidavit, I have not included each and every fact known to me about this investigation. Rather, I have only submitted those facts which I believe are sufficient to establish probable cause.

## BACKGROUND

4.      FILHO is a citizen of Brazil and a resident of Orlando, Florida.

5.      DFRF Enterprises LLC ("DFRF") is a private, limited liability company incorporated both in Florida and in Massachusetts. DFRF's filings with the Florida Department of State list FILHO as the managing member of DFRF (which letters are also FILHO's initials). DFRF's filings with the Massachusetts Secretary of State also list FILHO as the manager of DFRF. FILHO signed an operating agreement concerning DFRF, dated October 6, 2014, which identifies him as a managing member of DFRF.[1]

6.      Since 2014, DFRF has opened at least 19 bank accounts at different financial institutions. FILHO is a signatory on 17 of the 19 DFRF bank accounts that have been identified.

7.      Earlier this year, I began investigating complaints by various individuals alleging that FILHO had potentially misappropriated money that they had given him to invest in DFRF.

## SCHEME TO DEFRAUD

8.      As set forth below, beginning in or about June 2014, and continuing through in or about the present, FILHO fraudulently obtained money and property by offering individuals the chance to invest money in DFRF. Among other things, FILHO and others acting at his direction falsely represented that DFRF owned and operated gold mines in Africa and South America, that any investors' money was 100% insured, and investors could withdraw their principal

---

[1] On a "Certificate of Membership" that one individual received after paying to invest in DFRF in reliance on the representations of FILHO and others working at his direction, FILHO is identified as the "President" of DFRF.

investments at any time. **FILHO** never invested the money as promised; instead, **FILHO** used the money for other purposes, including his own personal and other business expenses.

## MANNER AND MEANS OF THE FRAUD

9.     It was part of the fraudulent scheme that **FILHO** and others working at his direction offered individuals an opportunity to invest in or become "members" of DFRF, which required them to give **FILHO**/DFRF money. The pitch that **FILHO** and others working at his direction gave to investors—both in person in Massachusetts, Florida, and elsewhere, and via videos posted on the internet—was, in sum and substance, as follows:

a.  **FILHO** and others working at his direction claimed that DFRF owned land in Brazil—or had the rights to mine such land—that contained significant amounts of gold. **FILHO** and others working at his direction claimed that a Brazilian company called Geosol had verified the value of the gold deposits in DFRF's land.

b.  **FILHO** and others working at his direction claimed that, based on the value of the gold in the land in Brazil, DFRF obtained a "line of credit," which it in turn used to invest in ongoing, highly profitable gold-mining operations in Africa.

c.  **FILHO** and others working at his direction offered individuals the chance to share in the "profits" DFRF was generating. They told potential investors that, by sending DFRF as little as $1,000, or as much as an individual wanted to invest, an individual could become a "member" of DFRF.

d. **FILHO** and others working at his direction represented that the "members'" money would then be sent to a particular private bank—Platinum Swiss Trust ("PST")—in Switzerland, where the money would be "leveraged three times".[2] After the money was "leveraged" by PST, it would then be invested in the African mining operation, where "members'" "profits" would allegedly increase even more.

e. **FILHO** and others working at his direction represented that DFRF "members" would receive a profit or "interest" payment of approximately 15% per month.

f. **FILHO** and others working at his direction also represented that "members'" investments would be 100% insured by an insurance company called Accedium, incorporated in the United Kingdom and Barbados.

g. **FILHO** and others working at his direction represented that "members" could get their principal investment returned anytime they wanted and, accordingly, **FILHO** and DFRF routinely issued checks to "members" in the amount of their principal investments after the individuals made those payments to DFRF.

---

[2] **FILHO** generally did not explain how the money would be "leveraged" or otherwise increased by PST.

- 4 -

10. Many of these representations were false and misleading in numerous ways, including, among other things:

    a. Geosol, the company in Brazil that **FILHO** and others working at his direction said had verified the value of DFRF's gold deposits in Brazil, never did any such thing. In fact, Geosol posted a notice on its corporate website warning that it has never provided services to DFRF Enterprises.

    b. DFRF has never sent any "member" money (or money of any kind) to PST in Switzerland. Moreover, PST—according to Swiss authorities—is not authorized to conduct banking activities in Switzerland. A person identified herein as Co-Conspirator 1 ("CC-1") is the person listed on the PST's registration information filed with the Swiss government, and he also represented himself to be the president and director of PST in some of the DFRF promotional videos posted on the internet. However, CC-1 is actually **FILHO's** partner in DFRF, as evidenced by the following:

        i. CC-1 is listed as the only other managing member who signed the DFRF operating agreement, dated October 6, 2014;

        ii. CC-1 is a signatory on multiple DFRF bank accounts; and

        iii. An analysis of DFRF's bank accounts show payments totaling over $600,000 made to CC-1 himself.

    c. Bank records reviewed to date indicate that no money has been paid to any entity by the name of Accedium, the company that allegedly insured investments in DFRF. In a December 8, 2014 DFRF video, which was posted

- 5 -

on the internet, an individual identified herein as Co-Conspirator 2 ("CC-2") was identified as an "insurance executive," and described as "the person responsible for the insurance company." In a subsequent DFRF video, posted on the internet on December 10, 2014, **FILHO** represented that DFRF obtained its Accedium insurance through CC-2. CC-2's license to sell insurance, however, was revoked in 1996.

d. The checks that **FILHO** and others working at his direction caused to be written in the amounts of the "members'" initial, principal "investments" were drawn on accounts with insufficient funds and/or accounts that had been closed. As a result, the investors were unable to cash their respective checks.

11. It was also part of the fraudulent scheme that **FILHO** willfully ignored that the "members" who were giving DFRF money in reliance on **FILHO's** representations were not qualified under securities laws and regulations to make such investments in private companies. Those laws and regulations generally require such individuals to have a net worth in excess of $1 million or earn more than $200,000 per year in income. At least two individuals who eventually paid money to "invest" in DFRF discussed this matter with **FILHO** prior to investing. One investor told **FILHO** that none of the investors appeared to be qualified. Another investor told **FILHO** that she, herself, did not meet the qualification outlined in the DFRF Private Placement Memorandum. **FILHO** told that investor in response that he would accept whatever amount of money she was able to invest.

12. It was also part of the fraudulent scheme that **FILHO** recycled some of the money received from "members"—which accounted for nearly all of the money in DFRF's accounts—

- 6 -

to pay to certain "members" what **FILHO** and others working at his direction represented to be "interest" payments from DFRF's mining operations.

## ACTS TAKEN IN FURTHERANCE OF THE SCHEME

13.     On or about October 6, 2014, **FILHO** signed an operating agreement, which purported to set forth the operations of DFRF and which named **FILHO** as a managing member.

14.     On or about October 3, 2014, **FILHO** opened an account in the name of DFRF at Eastern Bank, which account lists **FILHO** and CC-1 as the two "Managers" of DFRF. Subsequently, **FILHO** opened various other bank accounts in the name of DFRF, including other accounts in Massachusetts and Florida.

15.     On or about October 16, 2014, after traveling from Florida to Boston, **FILHO** pitched the DFRF scheme to people whom he and others working at his direction had invited to attend a meeting aboard a for-hire vessel in Boston Harbor. This was one of several trips **FILHO** took to Massachusetts between June and November 2014 to pitch the DFRF scheme to potential investors.

16.     In or about December 2014, an individual who had invested approximately $50,000 in DFRF in reliance on the representations of **FILHO** and others working at his direction (hereinafter "Investor A"), was not receiving the payments that he/she had been promised. Investor A traveled from Massachusetts to Florida in an attempt to get some of his/her money, and met with **FILHO** in person at DFRF's office in Orlando. **FILHO** took out a checkbook, wrote Investor A a check in the amount of $10,000, and handed it to him/her. After returning to Massachusetts, Investor A subsequently tried to cash the check at a bank; however, Investor A was informed that the check was not good and would not clear.

- 7 -

17.     On various dates between October, 2014 and the present, **FILHO** caused videos to be posted on the internet in which he and others working at his direction solicited individuals to pay money to become "members" of DFRF.  Such videos, when uploaded and viewed, are transmitted by means of wire in interstate commerce.

18.     On or about May 15, 2015, shortly before Eastern Bank closed one of DFRF's accounts because of what it believed to be suspicious activity, **FILHO** caused $1.8 million to be wired in interstate commerce from that account to a DFRF account at Citibank, which account **FILHO** also controlled.

19.     An analysis of DFRF's bank accounts shows that **FILHO** and DFRF have received approximately $12,000,000 from investors since approximately June 2014.  The bank account records further show that money was not transmitted to PST in Switzerland to be invested, as **FILHO** and others working at his direction had represented, nor was it invested at all.  Instead, bank account records show that the money was used for other business and personal expenses.

20.     **FILHO** himself has taken more than $3,500,000 of DFRF "members'" money for his own use.  Specifically, **FILHO** has made many cash withdrawals, and has also spent money on travel, automobiles, swimming-pool services, various consumer goods, and restaurants.  For example, a review of checks drawn on DFRF bank accounts and signed by **FILHO** show that he paid approximately $2 million to a luxury car dealership in Florida to purchase a number of luxury cars, including multiple Lamborghinis, a Ferrari, a Rolls Royce, a Tesla, a Mercedes, and two Cadillac Escalades.

- 8 -

12

## CONCLUSION

21.     Based on the foregoing, I have probable cause to believe that **FILHO** devised and intended to devise a scheme and artifice to defraud, and obtained money and property by means of material false and fraudulent pretenses, representations, and promises and did cause writings, signs, signals, pictures and sounds to be transmitted by means of wire communication in interstate commerce for the purpose of executing such scheme and artifice in violation of Title 18, United States Code, Sections 1343 and 2.


I hereby certify that the foregoing is true and correct. Executed this 25 day of June, 2015.

                                          SA FBI
                              Brian O'Hara
                              Special Agent
                              Federal Bureau of Investigation


SUBSCRIBED and SWORN to before me
this 25 day of June, 2015.


JENNIFER C. BOAL
UNITED STATES CHIEF MAGISTRATE JUDGE

- 9 -

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Daniel Fernandes Rojo Filho,<br>a/k/a Daniel Fernandes Rojo Filho,<br>a/k/a Daniel Fernandes,<br>a/k/a Daniel Rojo<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 15 m 3 71 c 3   JCB

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Daniel Fernandes Rojo Filho _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
   Wire Fraud, in violation of 18 U.S.C. § 1343.

Date:  6-25-15

                                                                                  *Issuing officer's signature*

City and state:      Boston, Massachusetts                    Steve York, Deputy Clerk
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                          *Arresting officer's signature* |
| *Printed name and title* |

14

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: John C. McMillan (john.mcmillan@usdoj.gov, sgeer@usa.doj.gov,
shawn.ball@usdoj.gov, usafls-brdkt@usdoj.gov), Magistrate Judge Dave Lee Brannon
(brannon@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:14078889@flsd.uscourts.gov
Subject:Activity in Case 9:15-mj-08398-DLB USA v. Filho Initial Appearance - Rule
5(c)(3)/Rule 40
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/22/2015 at 2:49 PM EDT and filed on 7/22/2015

**Case Name:**      USA v. Filho

**Case Number:**      9:15-mj-08398-DLB

**Filer:**

**Document Number:** 2(No document attached)

**Docket Text:**

 **PAPERLESS Minute Entry for proceedings held before Magistrate Judge Dave Lee Brannon: AUSA-John McMillan present. Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Daniel Fernandes Rojo Filho held on 7/22/2015. Date of Arrest or Surrender: 7/22/15. Defendant sworn and advised or rights. Defendant states he can afford to retain counsel and speaks fluent English. No Portuguese interpreter required. (Digital 10:55:51) (sa)**

**9:15-mj-08398-DLB-1 Notice has been electronically mailed to:**

John C. McMillan   john.mcmillan@usdoj.gov, SGeer@usa.doj.gov, Shawn.Ball@usdoj.gov, usafls-brdkt@usdoj.gov

**9:15-mj-08398-DLB-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **15-8398-DLB**

UNITED STATES OF AMERICA

        Plaintiff,

v.

DANIEL FERNANDES ROJO FILHO,

        Defendant.

_____

FILED by _____ D.C.

JUL 22 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. - W.P.B.

**ORDER ON INITIAL APPEARANCE**

_John McMillan_

AUSA__CAROLYN BELL_____      Language ENGLISH

Agent_____      Jail No.

     The above-named defendant having been arrested on _JULY 21, 2015_ appeared before the court for an initial appearance on _____JULY 22, 2015_____and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

     **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address_____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _7-24-15 BEFORE DUTY MAGISTRATE_

4. ~~ARRAIGNMENT set for~~ _IDENTITY HEARING SET FOR 7-24-15 @ 10AM BEFORE DUTY MAGISTRATE_

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _COURT LABELED_
   A **Detention hearing** pursuant to 18 U.S.C. Section 3142(f), is set for 10:00 AM on _7-24-15 BEFORE DUTY MAGISTRATE_.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
   other:

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___d. Maintain or actively seek full time gainful employment.

___e. Maintain or begin an educational program.

___f. Avoid all contact with victims of or witnesses to the crimes charged.

___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___h. Comply with the following curfew:

___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest
                   On Warrant
                   After Hearing

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at _West Palm Beach, Florida,_ this _22nd_ day of _JULY_, 2015.

_____
**DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   U.S. Probation & Pretrial Service

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: John C. McMillan (john.mcmillan@usdoj.gov, sgeer@usa.doj.gov,
shawn.ball@usdoj.gov, usafls-brdkt@usdoj.gov), Magistrate Judge Dave Lee Brannon
(brannon@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14086794@flsd.uscourts.gov
Subject:Activity in Case 9:15-mj-08398-DLB USA v. Filho Attorney Appointment/Report Re:
```
Counsel Hearing
Content-Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/24/2015 at 12:18 PM EDT and filed on 7/24/2015

| | |
|---|---|
| **Case Name:** | USA v. Filho |
| **Case Number:** | 9:15-mj-08398-DLB |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **PAPERLESS Minute Entry for proceedings held before Magistrate Judge Dave Lee Brannon: AUSA-John McMillan present. Report Re Counsel Hearing as to Daniel Fernandes Rojo Filho held on 7/24/2015. Defendant states he has counsel-Patricia Casals. Government states Attorney Patricia Cavell is in Canada and will not represent Defendant. Court allows Defendant more time to retain counsel. ( Detention Hearing, Identity Hearing and Report Re: Counsel Hearing reset for 7/28/2015 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) (Digital 10:10:32/10:40:34) (sa)**

**9:15-mj-08398-DLB-1 Notice has been electronically mailed to:**

John C. McMillan   john.mcmillan@usdoj.gov, SGeer@usa.doj.gov, Shawn.Ball@usdoj.gov,
usafls-brdkt@usdoj.gov

**9:15-mj-08398-DLB-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA

CASE # 15MJ 7163 JCB
15-8398-DLB

VS Danielle Fernandes Rios Filho
a/k/a Daniel Fernandes Filho
a/k/a Daniel Fernandes
a/k/a Daniel Rojo

PRISONER # 08217-104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:     (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     WEST PALM BEACH     FT. PIERCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 7/21/2015 ; 3:15PM

2) LANGUAGE(S) SPOKEN: Portuguese, English, Spanish

3) OFFENSE (S) CHARGED: Wire Fraud 18 U.S.C. § 1343

4) U.S. CITIZEN     [ ] YES     [X] NO     [ ] UNKNOWN

5) DATE OF BIRTH: _____ 1967

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT
      [X] COMPLAINT TO BE FILED/ALREADY FILED
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PROBATION VIOLATION WARRANT
      [ ] PAROLE VIOLATION WARRANT

      ORIGINATING DISTRICT: District of Massachusetts

      COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES     [ ] NO

7) AMOUNT OF BOND: _____     WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: David Ciell     DATE: 7/21/15

9) AGENCY: FBI     PHONE: _____



FILED by ___ D.C.

**JUL 2 8 2015**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15 - 07163 M-JCB

15 - 8398 - DLB

UNITED STATES OF AMERICA,
Plaintiff,

v.

Daniel Fernades Filho
Defendant.

_____/

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _____David A. Howard_____ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _____David A. Howard_____

Counsel's Signature: _____David A. Howard_____

Address (include City/State/Zip Code):

25 SE 2nd Ave #1100, Miami FL 33131
david@davidhowardlaw.com

Telephone: 786 360-6056     Florida Bar Number: 956589

Date: 7-28-15

20

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: David Adrian Howard (david@davidhowardlaw.com,
davidlaw1100@gmail.com, erikaaruizz@gmail.com), John C. McMillan (john.mcmillan@usdoj.gov,
sgeer@usa.doj.gov, shawn.ball@usdoj.gov, usafls-brdkt@usdoj.gov), Magistrate Judge Dave
Lee Brannon (brannon@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14099409@flsd.uscourts.gov
Subject:Activity in Case 9:15-mj-08398-DLB USA v. Filho Status Conference
```
Content–Type: text/html

# U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/28/2015 at 4:30 PM EDT and filed on 7/28/2015

| | |
|---|---|
| **Case Name:** | USA v. Filho |
| **Case Number:** | 9:15–mj–08398–DLB |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **Paperless Minute Entry for proceedings held before Magistrate Judge William Matthewman: Status Re: Counsel and Re: Identity Hearing as to Daniel Fernandes Rojo Filho held on 7/28/2015. AUSA John McMillan present. David A. Howard present for defendant. Notice of temporary appearance was filed. Defendant waives the rule 5 and 5.1 hearings, form executed. Defendant requests a detention hearing in Massachusetts. Warrant of Removal signed. (Digital 10:15:42/10:37:36) (kza)**

**9:15–mj–08398–DLB–1 Notice has been electronically mailed to:**

David Adrian Howard   david@davidhowardlaw.com, davidlaw1100@gmail.com, erikaaruizz@gmail.com

John C. McMillan   john.mcmillan@usdoj.gov, SGeer@usa.doj.gov, Shawn.Ball@usdoj.gov, usafls–brdkt@usdoj.gov

**9:15–mj–08398–DLB–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

FILED by _____ D.C.

JUL 2 8 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 15-8398-DLB |
| | ) | |
| Daniel Fernandes Rojo Filho | ) | Charging District's Case No. 15-MJ-7163-JCB |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Massachusetts

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☑    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:        7/28/2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David A. Howard
*Printed name of defendant's attorney*

22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _15-8398-DLB_____

UNITED STATES OF AMERICA,
               Plaintiff,

v.

_DANIEL FERNANDES ROJO FILHO_
               Defendant.
_____/

FILED by _____ D.C.

**JUL 2 8 2015**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## **WARRANT OF REMOVAL**

A(n) __X_____ Complaint

_____ Indictment

_____ Information

_____ Probation Violation Warrant

_____ Supervised Release Violation Warrant

_____ Bench Warrant

having been filed in the_____ District of _MASSACHUSETTS_____

, charging the above named defendant with _18:1343_____

, and the defendant having

_____ surrendered

___X_____ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

___X_____ waived further hearing

_____ been given a hearing in accordance with

       **Fed.R.Crim.P. 40.**

23

And having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 28TH day of JULY , 2015.

William Matthewman

**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**


U.S. Marshal (2 certified copies)